IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMES DURFEE,

                                 Plaintiff,

      v.

DENNIS BERES, KATHY PIELAGE, AMY ALMOND, KENNETH BEHNKE, CHARYN GRANDAN, JOANNE GAUTHIER, RENEE ZOOK, DEAN GORRELL, JASON OLSON and VERONA AREA SCHOOL DISTRICT,

                                 Defendants.

ORDER

11-cv-242-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel for plaintiff James Durfee has written to inform the court that as of November 1, 2011, his license to practice law is suspended and therefore he can no longer represent plaintiff in this action. I will give plaintiff until December 9, 2011 in which to advise the court in writing whether he either (1) has retained replacement counsel to represent him; or if not, (2) whether he wishes to appear pro se or (3) whether he wishes to dismiss his case. If defendant fails to contact the court in writing on or before December 9,

2011, his case would be subject to dismissal under Fed. R. Civ. P. 41(b).

Entered this 9th day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge